IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-00065-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| EZEKIEL DONJA GARDNER, | ) |
| Defendant. | ) |

Before the court is Defendant's Motion to Unseal [DE-41]. Defendant moved for the transcript from the suppression hearing to be unsealed to expedite preparation of the transcript by the court reporter. A review of the record reveals that the court reporter has already prepared the transcript from the hearing on the motion to suppress with the relevant portions sealed. Therefore, Defendant's Motion to Unseal [DE-41] is DISMISSED as moot.

SO ORDERED.

This, the 20th day of September, 2013.

JAMES C. FOX
Senior United States District Judge