UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No: <u>4:11-CR-65-1F</u>



UNITED STATES OF AMERICA

vs.  <u>ORDER</u>

EZEKIEL DONJA GARDNER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 10/15/2013, be turned over to the case agent, Ken Adams, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1 | Firearm |
| 2 | Ammunition |

This  15th  day of  October , 2013.

_____
James C. Fox
Senior U.S. District Judge

Agent's Signature: _Inv. K. Adams FPD_