IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-00065-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EZEKIEL DONJA GARDNER, | ) | |
| Defendant. | ) | |

This matter is before the court on a letter from Defendant to the undersigned, which was received by the court on March 5, 2014. In his letter, Defendant states that his attorney's actions on February 20, 2014 violated the attorney-client privilege.

Defendant is advised that the court has received his letter and is aware of the allegations contained therein. The Clerk is directed to send Defendant's attorney a copy of the March 5, 2014 letter.

SO ORDERED.

This, the 5 day of March, 2014.

JAMES C. FOX
Senior United States District Judge